Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN L. ALMESTICA, Appellant.

Submitted February 11, 2013; decided February 14, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DERRICK DEACON, Respondent.

Submitted November 19, 2012; decided February 14, 2013

Motion to dismiss appeal granted and the appeal dismissed upon the ground that the modification by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to . . . modification" (CPL 450.90 [2] [a]).

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL DEJESUS, Appellant.

Submitted February 11, 2013; decided February 14, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN MUNOZ, Appellant.

Submitted February 11, 2013; decided February 14, 2013